IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID JOSEPH CHAPKIN,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1018

Opinion filed December 6, 2016.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

David Joseph Chapkin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne Conley, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., CONCUR.